**SO ORDERED.**

Dated: May 03, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02952

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-29667-RTBP |
| Dennis Earl Furrow and Stephany Furrow Pueschel, | Chapter 13 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A. as Trustee under POOLING AND SERVICING AGREEMENT dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4, | (Related to Docket #21 (Amend)) |
| Movant, | |
| vs. | |
| Dennis Earl Furrow and Stephany Furrow Pueschel, Debtors, Edward J. Maney, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 24, 2005 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. as Trustee under POOLING AND SERVICING AGREEMENT dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4 is the current beneficiary and Dennis Earl Furrow and Stephany Furrow Pueschel have an interest in, further described as:

> LOT 31, CHINO LAKES, UNIT 2 ACCORDING TO THE PLAT OF RECORD IN BOOK 7 OF MAPS, PAGE 66, RECORDS OF YAVAPAI COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.